UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2018
David J. Bradley, Clerk

| | |
|---|---|
| William Stoner, | § |
| | § |
| Plaintiff, | § |
| | § |
| versus | §   Civil Action H-17-3317 |
| | § |
| Calpine Corporation, et al., | § |
| | § |
| Defendants. | § |

## Final Dismissal

Having been advised that William Stoner no longer wishes to pursue his claims against Calpine Corporation, John (Thad) B. Hill, III, Mary L. Brlas, Frank Cassidy, Michael W. Hoffman, Jack A. Fusco, David C. Merritt, W. Benjamin Moreland, Robert A. Mosbacher, Jr., Denise M. O'Leary, and Energy Capital Partners, III, LLC, his case is dismissed with prejudice. (3)

Signed on January 19, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge